IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,
v.                                                          CASE NO. 4:01CR45-SPM/AK

GREGORY EUBANKS,

    Defendant.
_____/

## **REPORT AND RECOMMENDATION**

This cause is before the Court on Defendant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. Doc. 104. Defendant pled guilty to distributing cocaine and possession of a firearm by a prior convicted felon and was sentenced on September 16, 2002, to 211 months imprisonment. Doc. 76. Defendant appealed his sentence, which was affirmed. *See* Doc. 103.

On this occasion, Defendant maintains that he has been subjected to an unconstitutionally enhanced sentence under the Sentencing Guidelines in contravention of *Blakely v. Washington*. Doc. 104.

Following its decision in *Blakely*, which involved the constitutionality of state sentencing guidelines, the United States Supreme Court determined that *Blakely* applies to the Federal Sentencing Guidelines as well. *United States v. Booker*, ____ U.S. ____, 124 S.Ct. 2519, 159 L.Ed. 2d 442 (2004). However, the Eleventh Circuit has just determined that *Booker* is not

retroactively applicable to cases on collateral review, as "*Booker*'s constitutional rule falls squarely under the category of new rules of criminal procedure that do not apply retroactively to § 2255 cases on collateral review." *Varela v. United States*, 2005 WL 367095, at *4 (11th Cir. Feb. 17, 2005).

In light of the foregoing, it is respectfully **RECOMMENDED**:

That Defendant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, Doc. 104, be **DENIED**.

**IN CHAMBERS** at Gainesville, Florida, this **25th** day of March, 2005.


s/ A. KORNBLUM
**ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

*Case No: 4:01cr45-spm/ak*