IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

vs.	CASE NO. 4:01cr45-SPM/AK

GREGORY EUBANKS,

       Defendant.
_____/

## ORDER

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated March 25, 2005 (doc. 105). Defendant has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 105) is ADOPTED and incorporated by reference in this order.

2.    Defendant's motion to vacate, set aside, or correct sentence

pursuant to 28 U.S.C. § 2255 (doc. 104) is denied.

DONE AND ORDERED this 17th day of May, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO.  4:01cr45-SPM/AK